FILED

MAY - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Glenn A. Hooks, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07 0867 |
| | ) | |
| D.C. Division of Correction, | ) | |
| | ) | |
| Respondent. | ) | |

TRANSFER ORDER

In this action for a writ of *habeas corpus*, petitioner, a prisoner at the Federal Correctional Institution in Fairton, New Jersey, challenges his sentence calculation. *See* Pet. at 6. Petitioner names the District of Columbia Department of Correction as the respondent, but the proper respondent in *habeas corpus* cases is the petitioner's warden or immediate custodian. *Rumsfeld v. Padilla*, 124 S.Ct. 2711 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Petitioner's custodian is not within this Court's territorial jurisdiction. The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 1st day of May 2007,

ORDERED that the case is TRANSFERRED to the United States District Court for the District of New Jersey. The Clerk of this Court shall file and docket the petition.

3

Whether petitioner should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

_____
United States District Judge